IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RICK GANDY,

    Plaintiff,

v.        No.: 17-cv-558 JCH/CG

RWLS, LLC, et al.,

    Defendants.

## ORDER VACATING RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** came before the Court on notice that this case has settled and the parties *Joint Motion to Vacate the Rule 16 Scheduling Conference*, (Doc. 68), filed May 23, 2019. **IT IS THEREFORE ORDERED** that the Rule 16 Scheduling Conference scheduled for Thursday, May 23, 2019 at 2:30 p.m. is hereby **VACATED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE