## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

RICK GANDY,

    Plaintiff,

v.                                                                                                               No.: 17-cv-558 JCH/CG

RWLS, LLC, et al.,

    Defendants.

## ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** came before the Court on notice that this case has been settled.

**IT IS THEREFORE ORDERED** that closing documents are due to the Court no later than June 24, 2019.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE