IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **RICK GANDY,**<br><br>*Plaintiff*,<br><br>v.<br><br>**RWLS, LLC D/B/A RENEGADE SERVICES, & MATTHEW GRAY,** individually,<br><br>*Defendants*. | **Civil Action No. 2:17-cv-00558-KRS-CG** |

## ORDER ON JOINT MOTION TO TRANSFER VENUE FOR SETTLEMENT PURPOSES

The Court, having considered the Joint Motion to Transfer Venue, and the arguments concerning the same is of the opinion the Motion should be, and hereby is GRANTED.

It is therefore ORDERED that this case be transferred to the Western District of Texas – San Antonio division for purposes of settlement approval and dismissal. The Clerk will note the file as a related case to *Robinson v. RWLS, LLC d/b/a Renegade Services, et al.*, 5:16-CV-00201-OLG-RBF and note Judge Farrer has that case. Should settlement approval and dismissal not occur, the Parties may seek to have the case transferred back to this Court.

_____
UNITED STATES DISTRICT JUDGE